JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE GHERSI, | Case No. 5:21-cv-01292-JWH-SP |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF PALM SPRINGS, CHRISTIAN GRANADOS, SHELBY JILES, and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Order [ECF No. 76] entered on or about April 9, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 13, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE